UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-0047-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAUL REYES-MENDOZA | MOTION TO WITHDRAW AS COUNSEL OF RECORD |

The Office of the Federal Public Defender hereby respectfully moves this Court for an order allowing it to withdraw as counsel of record for Saul Reyes-Mendoza. The basis for this motion is that Mr. Reyes-Mendoza has retained Ms. Nardine Mary Guirguis to represent him in this matter, and Ms. Guirguis has filed a Notice of Appearance [D.E. 17]. *See* NORTH CAROLINA RULES OF PROF'L CONDUCT R. 1.16.

WHEREFORE, the Office of the Federal Public Defender respectfully moves this Court for an order allowing it to withdraw as counsel for Mr. Saul Reyes-Mendoza.

Respectfully requested this 12th day of February, 2020.

    G. ALAN DUBOIS
    Federal Public Defender

    /s/ Robert E. Waters
    ROBERT E. WATERS
    Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    150 Fayetteville Street, Suite 450
    Raleigh, North Carolina 27601
    Telephone: 919-856-4236
    Fax: 919-856-4477
    E-mail: Robert_Waters@fd.org
    N.C. State Bar No. 32985
    LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Sebastian Kielmanovich
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
919-856-4909
Fax: (919) 856-4487
Email: sebastian.kielmanovich@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on February 12, 2020, using the CM/ECF system which will send notification of such filing to the above.

    This the 12th day of February, 2020.

                        /s/ Robert E. Waters
                        ROBERT E. WATERS
                        Assistant Federal Public Defender
                        Attorney for Defendant
                        Office of the Federal Public Defender
                        150 Fayetteville Street, Suite 450
                        Raleigh, North Carolina 27601
                        Telephone: 919-856-4236
                        Fax: 919-856-4477
                        E-mail: Robert_Waters@fd.org
                        N.C. State Bar No. 32985
                        LR 57.1 Counsel Appointed