UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:20-CR-00047-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **MOTION TO WITHDRAW AS** |
| | ) | **COUNSEL OF RECORD** |
| | ) | |
| SAUL REYES-MENDOZA | ) | |

NOW COMES the undersigned counsel, Nardine Mary Guirguis and respectfully moves this Honorable Court for an Order allowing counsel to withdraw from further representation of the Defendant in all matters pending before this Honorable Court. Mr. Reyes-Mendoza has retained Attorney Mark A. Perry to represent him in this underlying matter. Furthermore, a potential conflict of interest has arisen which undersigned counsel can no longer act as attorney of record in the above referenced case.

WHEREFORE, counsel respectfully requests this Honorable Court that she be allowed to withdraw from further representation of Defendant, Saul Reyes-Mendoza, and that she be released from further obligation to said Defendant.

This the 10th day of March 2020.

                                                                  GUIRGUIS LAW, PA

                                                                  /s/ Nardine Mary Guirguis
                                                                  Nardine Mary Guirguis
                                                                  434 Fayetteville St., Ste. 2140
                                                                  Raleigh, North Carolina 27601
                                                                  Telephone: (919) 832-0500
                                                                  Nardine@guirguislaw.com

                                                                  *Designation: Retained*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States by electronic transmission as indicated below:

> Sebastian Kielmanovich
> Assistant United States Attorney
> 150 Fayetteville Street, Suite 2100
> Raleigh, North Carolina 27601
> Sebastian.kielmanovich@usdoj.gov

This 10th day of March 2020.

> GUIRGUIS LAW, PA
>
> /s/ Nardine Mary Guirguis
> Nardine Mary Guirguis